UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CHRISTIAN KILLORAN, on behalf of his son,
AIDEN KILLORAN,

                  Plaintiffs,

     -against-

WESTHAMPTON BEACH SCHOOL DISTRICT,

                  Defendant.

-----------------------------------------------------------------------X

**ORDER re:
STIPULATION OF
DISMISSAL WITH
PREJUDICE**

Case No.: 22-CV-05770
(JS)(LGD)

FILED
CLERK
11/1/2024 2:51 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**WHEREAS**, on October 13, 2022, by Order of the Surrogate's Court of the State of New York, Suffolk County, Christian Killoran, a party hereto, was issued letter of guardianship over Aiden Killoran; and

**WHEREAS**, no person not a party has an interest in the subject matter of the action; and

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for all parties to the above-entitled action, that the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Nesconset, New York
       October 31, 2024

_____
Christian Killoran, Esq.
KILLORAN LAW, P.C.
*Pro Se Plaintiff*
2 Old Pond Lane
P.O. Box 591
Remsenburg, New York 11960

*Joshua S. Shteierman*
Joshua S. Shteierman, Esq.
VOLZ & VIGLIOTTA, PLLC
*Attorneys for Defendants*
280 Smithtown Boulevard
Nesconset, New York 11767

The Clerk of Court is directed to CLOSE this case.

SO ORDERED:
this 1st day of November 2024 at Central Islip, New York.

/s/ JOANNA SEYBERT
_____
Joanna Seybert
U.S. District Court Judge